**O. W. Lindberg, Appellant, v. L. V. Brandt and Alice C. Brandt, Appellees.**

**Gen. No. 45,851.**

John W. Bennett for appellant; Cohon & Goldstein, for appellees. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed May 11, 1953; rehearing denied and additional opinion filed June 16, 1953; released for publication June 16, 1953.

Gen. No. 46,019.

